IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jeffrey Nartic<br>Jennifer Nartic<br>           Debtors<br><br>Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania<br>           Movant<br><br>v.<br><br>Jeffrey Nartic<br>Jennifer Nartic<br>Ronda J. Winnecour, Esquire<br>           Respondent | 18-24415 GLT<br><br>Chapter 13 Proceeding<br><br>Related to Document No. 42<br><br>Response Deadline: 3/2/2019<br><br>Hearing Date: 3/13/2019 @ 10:30 am |

**CERTIFICATION OF SERVICE OF MODIFIED ORDER ON MOTION TO ALLOW CLAIM**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the address specified below or on the attached list on March 8, 2019.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was : <u>service by electronic notification and first class U.S. mail</u>.

If more than one method of service was employed, this certificate of service groups the parties by the types of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Service via electronic notification:

| | |
|---|---|
| Lawrence W. Willis, Esquire<br>ecf@westernpabankruptcy.com<br>Attorney for Debtors(s) | Ronda J. Winnecour, Esquire<br>cmecf@chapter13trusteewdpa.com<br>Trustee |

{00576705}

Service via first class U.S. mail:

Jeffrey Nartic
Jennifer Nartic
1228 Plummer School Road
West Newton, PA 15089
Debtors(s)

Office of the Unites States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Executed on: March 8, 2019

                LAW OFFICE OF GREGORY JAVARDIAN, LLC

                By: /s/ Mary F. Kennedy, Esquire
                    Attorney ID # 77149
                    1310 Industrial Blvd
                    1st Floor, Ste 101
                    Southampton, PA 18966
                    Phone: (215)942-9690
                    mary@javardianlaw.com

{00576705}