IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Jeffrey Nartic | : | Case No.18-24415GLT |
| Jennifer Nartic | : | Chapter 13 |
|     Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Claim: 11-1 |
|     Movant(s) | : | |
| | : | |
|     vs. | : | |
| | : | |
| Trinity Health Systems | : | Hearing Date |
| | | |
|     Respondent(s) | | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd of March 2019, I served one true and correct copy Court Order entered at Doc. #50 on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Fidelity Properties Inc, Agent
885 S. Sawburg Avenue Suite 103
Alliance OH 44601

Fidelity Properties Inc, Agent
Attn: Tabatha D. Cook, Director of Client Relations
885 S. Sawburg Avenue Suite 103
Alliance OH 44601


Jeffrey and Jennifer Nartic
1228 Plummer School Road
West Newton PA 15089

Lawrence Willis, Esquire
201 Penn Center Blvd
Suite 310
Pittsburgh PA 15235

_/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566