FILED
3/20/19 4:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Jeffrey Nartic                        :    Case No.18-24415GLT
Jennifer Nartic                       :    Chapter 13
    Debtor(s)                       :
Ronda J. Winnecour, Trustee           :
                                      :    Re Claim: 11-1
    Movant(s)                       :
                                      :
    vs.                             :    Related Dkt. No. 48
                                      :
Trinity Health Systems                :    Hearing Date

    Respondent(s)

## **MODIFIED ORDER OF COURT**

AND NOW, this __20th__ day of __March__, 201_9_, it is

ORDERED that Respondent/Claimant file local form 37 to restrict public access to proof of Claim to remove all personal identifiers within 30 days of this Order. The hearing scheduled for May 8, 2019 is CANCELLED. Movant shall serve a copy of this Order on the Respondent and file a certificate of service within seven (7) days.

Dated:  3/20/19                              BY THE COURT:

cm: Jana Pail, Esq.
                                             _____
                                             U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeffrey Nartic  
Jennifer Nartic  
      Debtors

Case No. 18-24415-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Mar 21, 2019  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2019.

       +Jana Pail, Esq.,    Office of Ch. 13 Trustee, R. Winneco,    Suite 3250 U.S. Steel Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2019 at the address(es) listed below:

        James    Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
        Lawrence W. Willis    on behalf of Joint Debtor Jennifer    Nartic ecf@westernpabankruptcy.com, urfreshstrt@gmail.com  
        Lawrence W. Willis    on behalf of Debtor Jeffrey    Nartic ecf@westernpabankruptcy.com, urfreshstrt@gmail.com  
        Mary F. Kennedy    on behalf of Creditor    Citizens Bank, N.A. s/b/m Citizens Bank of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                               TOTAL: 6