**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-24415-GLT |
| | : | |
| Jeffrey Nartic and | : | Chapter 13 |
| Jennifer Nartic, | : | |
|     Debtors | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated March 25, 2019 (Order Setting Hearing on Amended Plan), and Amended Plan Dated March 23, 2019* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated March 26, 2019                                              /s/ Lawrence W. Willis
                                                                                  Lawrence W. Willis, Esquire
                                                                                  Willis & Associates
                                                                                  201 Penn Center Blvd
                                                                                  Pittsburgh, PA 15235
                                                                                  Tel: 412.235.1721
                                                                                  Fax: 412.542.1704

MATRIX

Jeffrey & Jennifer Nartic
1228 Plummer School Road
West Newton, PA 15089

Ronda J. Winnecour, Esquire
Suite 3250,
USX Tower
600 Grant Street
Pittsburgh, PA 15219

Aaa Debt Rec
Pob 129
Monroeville, PA 15146

Berkheimer & Associates
PO Box 25153
Lehigh Valley, PA 18002

Capital One
PO Box 30281
Salt Lake City, UT 84130

Citizens Bank
1000 Lafayette Blvd
Bridgeport, CT 06604

Citizens Bank
PO Box 42002
Providence, RI 02940

Citizens One Home Loans
PO Box 42111
Providence, RI 02940

Citizens One Home Loans
10561 Telegraph Road
Glen Allen, VA 23059

Comenity Bank/womnwthn
Po Box 182789
Columbus, OH 43218

Credit Coll/usa
16 Distributor Dr Ste 1
Morgantown, WV 26501

Dawn Nartic
108 First Street
Allenport, PA 15412

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054

Fidelity Properties In
885 S Sawburg Ave Ste 10
Alliance, OH 44601

First Natl Bk Of Pa
4140 E State St
Hermitage, PA 16148

Mercantile
PO Box 9054
Williamsville, NY 14231

Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108

Mohela/dept Of Ed
633 Spirit Drive
Chesterfield, MO 63005

National Recovery Agen
2491 Paxton St
Harrisburg, PA 17111

Nwide Recvry
3000 Kellway Dr
Carrollton, TX 75006

Ok Student Loan Author
525 Central Park Drive
Oklahoma City, OK 73105

Portfolio Recovery
POB 12914
Norfolk, VA 23541

Syncb/levin Furniture C/o
Po Box 965036
Orlando, FL 32896

Tempoe
1750 Elm St #1200,
Manchester, NH 03104

THE RECEIVABLE MGMT SVS
240 EMERY ST
Bethlehem, PA 18015

Toyota Motor Credit Co
Po Box 9786
Cedar Rapids, IA 52409

Transitions Healthcare North Huntingdon
8850 Barnes Lake Road
Irwin, PA 15642

Transworld Sys Inc/51
Pob 15273
Wilmington, DE 19850

Washington Co Drs
100 W Beau St
Washington, PA 15301

Weltman Weinberg & Reis
436 7th Avenue Suite 2500
Pittsburgh, PA 15219

 West Penn Power
800 Cabin Hill Dr
 Greensburg, PA 15601

 West Penn Power
76 South Main Street
Akron, OH 44308

Westmoreland County Tax Claim Bureau
2 N Main St #406
Greensburg, PA 15601