Form 150

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
**Jeffrey Nartic**  
  Debtor(s)

Jennifer Nartic

Bankruptcy Case No.: 18−24415−GLT  
Related Dkt. No. 52  
Chapter: 13  
Docket No.: 54 − 52  
Conciliation Conference Date: 5/23/19 at 11:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____         _____  
                (Date)                                            (Signature)

_____  
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeffrey Nartic  
Jennifer Nartic  
      Debtors

Case No. 18-24415-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: hthu    Page 1 of 1    Date Rcvd: Mar 25, 2019  
                         Form ID: 150    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2019.  
db/jdb      +Jeffrey Nartic,    Jennifer Nartic,    1228 Plummer School Road,    West Newton, PA 15089-2025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2019 at the address(es) listed below:  
           James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
           Lawrence W. Willis    on behalf of Joint Debtor Jennifer   Nartic ecf@westernpabankruptcy.com, urfreshstrt@gmail.com  
           Lawrence W. Willis    on behalf of Debtor Jeffrey   Nartic ecf@westernpabankruptcy.com, urfreshstrt@gmail.com  
           Mary F. Kennedy    on behalf of Creditor    Citizens Bank, N.A. s/b/m Citizens Bank of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                      TOTAL: 6