**Form 202**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

    Bankruptcy Case No.: 18–24415–GLT

**Jeffrey Nartic**
    Related Dkt. No. 52

**Jennifer Nartic**
    Chapter: 13

   Debtor(s)
    Docket No.: 54 – 52

    Concil. Conf.: May 23, 2019 at 11:30 AM

### ORDER SCHEDULING DATES FOR HEARING ON
### AND OBJECTION TO AMENDED PLAN DATED 3/23/19

    **IT IS HEREBY ORDERED** that the Debtor(s) shall *immediately* serve a copy of this order and the "Amended Chapter 13 Plan" on the Chapter 13 Trustee and all parties in interest and complete and file the enclosed Certificate of Service with the Clerk of the Bankruptcy Court.

    *On or before April 26, 2019,* all Objections must be filed and served on the Debtor, Chapter 13 Trustee, and any creditor whose claim is the subject of the Objection. *Objections which are not timely filed will not be considered.*

    *On May 23, 2019 at 11:30 AM,* a Conciliation Conference shall occur with the Chapter 13 Trustee on the Debtor's Amended Chapter 13 Plan at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: March 25, 2019

cm: Proponent of the Amended Plan

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                    Case No. 18-24415-GLT
Jeffrey Nartic                                            Chapter 13
Jennifer Nartic
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: hthu           Page 1 of 1          Date Rcvd: Mar 25, 2019
                              Form ID: 202         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2019.
db/jdb        +Jeffrey Nartic,   Jennifer Nartic,   1228 Plummer School Road,   West Newton, PA 15089-2025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
        James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        Lawrence W. Willis    on behalf of Joint Debtor Jennifer  Nartic ecf@westernpabankruptcy.com,
         urfreshstrt@gmail.com
        Lawrence W. Willis    on behalf of Debtor Jeffrey  Nartic ecf@westernpabankruptcy.com,
         urfreshstrt@gmail.com
        Mary F. Kennedy    on behalf of Creditor   Citizens Bank, N.A. s/b/m Citizens Bank of Pennsylvania
         mary@javardianlaw.com,  tami@javardianlaw.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                    TOTAL: 6