IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-24415-GLT |
| Jeffrey Nartic and | : | |
| Jennifer Nartic, | : | |
|         Debtors | : | CHAPTER 13 |
| | : | |
| Jeffrey Nartic and | : | RELATED TO DOCKET NO. 64 |
| Jennifer Nartic, | : | |
|         Movants | : | |
| | : | HEARING DATE AND TIME : |
| vs. | : | May 6, 2020 at 10:00 AM |
| | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee/ | : | |
|         Respondents | : | |

## NOTICE OF TELEPHONIC HEARING WITH RESPONSE DEADLINE ON MOTION TO DISMISS CHAPTER 13 CASE

TO THE RESPONDENT(S):

You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **April 20, 2020**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding Judge as found on his procedures web page at www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, than Order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default Order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

*A telephonic hearing* will be held on **May 6, 2020 at 10:00 a.m.** before Judge Taddonio in Court Room A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Parties Wishing to Appear Telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later than Twenty-four (24) hours prior to the schedules hearing All Counsel and Parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Taddonio's **Modified Telephonic Procedures** (effective March 13, 2020), which may be found on the Courts webpage at **www.pawb.uscourts.gov/procedures-2**.

Date of service: April 3, 2020

Attorney for Movant/Applicant:

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721

Fax 412.542.1704
lawrencew@westernpabankrutpcy.com
Attorney for Debtors