Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jeffrey Nartic** | : | Case No. 18−24415−GLT |
| **Jennifer Nartic** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related Dkt. No. 64 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 23rd of April, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-24415-GLT
Jeffrey Nartic                                                                  Chapter 13
Jennifer Nartic
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: hthu              Page 1 of 3            Date Rcvd: Apr 23, 2020
                               Form ID: pdf900         Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2020.
```
db/jdb         +Jeffrey Nartic,    Jennifer Nartic,    1228 Plummer School Road,    West Newton, PA 15089-2025
14947260       +Aaa Debt Rec,    Pob 129,    Monroeville, PA 15146-0129
14962066       +Berkheimer & Associates,    PO Box 25153,    Lehigh Valley, PA 18002-5153
14947261        Bureau Of Account Mana,    Bureau Of Account,    Camp Hill, PA 17011
15007554       +Citizens Bank, N.A. s/b/m to,    Citizens Bank of Pennsylvania,    10561 Telegraph Road,
                 Glen Allen, VA 23059-4577
14962071       +Citizens One Home Loans,    PO Box 42111,    Providence, RI 02940-2111
14962075        Dawn Nartic,    108 First Street,    Allenport, PA 15412
14947268       +First National Bank of Pennsylvania,     c/o AAS Debt Recovery Inc.,
                 2526 Monroeville Blvd. Ste. 205,    Monroeville, PA 15146-2371
14962078       +First Natl Bk Of Pa,    4140 E State St,    Hermitage, PA 16148-3401
14962079       +Mercantile,    PO Box 9054,    Williamsville, NY 14231-9054
14947270       +Mohela/dept Of Ed,    633 Spirit Drive,    Chesterfield, MO 63005-1243
14947272       +Nwide Recvry,    3000 Kellway Dr,    Carrollton, TX 75006-3305
14969875       +OSLA o/b/o U.S. Dept. of Education Direct Loans,     c/o OSLA Student Loan Servicing,
                 PO Box 18475,    Oklahoma City, OK 73154-0475
14947273       +Ok Student Loan Author,    525 Central Park Drive,    Oklahoma City, OK 73105-1723
14962086       +State Of Ohio,    6305 Emerald Parkway,    Dublin, OH 43016-3241
14962090      ++TEMPOE LLC DBA WHY NOT LEASE IT,    ATTN BOB HOLWADEL,    720 EAST PETE ROSE WAY SUITE 400,
                 CINCINNATI OH 45202-3576
               (address filed with court:   Tempoe,    1750 Elm St #1200,,    Manchester, NH 03104)
14947278       +THE RECEIVABLE MGMT SVS,    240 EMERY ST,    Bethlehem, PA 18015-1980
14947279       +Toyota Motor Credit Co,    Po Box 9786,    Cedar Rapids, IA 52409-0004
14975616       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14947280       +Transitions Healthcare North Huntingdon,     8850 Barnes Lake Road,    Irwin, PA 15642-3166
14979561       +Trinity Health Systems,    c/o Fidelity Properties, Inc. Agent,    885 S. Sawburg Ave., Ste. 103,
                 Alliance, OH 44601-5905
14948754       +U S Department of Education/MOHELA,     633 Spirit Drive,    Chesterfield, MO 63005-1243
14975649        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14947282       +Washington Co Drs,    100 W Beau St,    Washington, PA 15301-4432
14962096       +Weltman Weinberg & Reis,    436 7th Avenue,    Suite 2500,    Pittsburgh, PA 15219-1842
14947285       +Westmoreland County Tax Claim Bureau,     2 N Main St #406,    Greensburg, PA 15601-2417
15015151       +Westmoreland County Tax Claim Bureau,     40 N. Pennsylvania Ave. Ste. 109,
                 Greensburg, PA 15601-2341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14966327       +E-mail/Text: bnc@atlasacq.com Apr 24 2020 03:23:58      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14962070        E-mail/Text: Bankruptcy.RI@Citizensbank.com Apr 24 2020 03:23:57      Citizens Bank,
                 PO Box 42002,    Providence, RI 02940
14947264        E-mail/Text: Bankruptcy.RI@Citizensbank.com Apr 24 2020 03:23:57      Citizens Bank,
                 PO Box 42008,    Providence, RI 02940
14947262       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 24 2020 03:26:24      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14948598       +E-mail/Text: bankruptcy@cavps.com Apr 24 2020 03:24:15      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14947263       +E-mail/Text: Bankruptcy.RI@Citizensbank.com Apr 24 2020 03:23:57      Citizens Bank,
                 1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
14962072       +E-mail/Text: MortgageBKSupport@citizensbank.com Apr 24 2020 03:24:04
                 Citizens One Home Loans,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
14947265       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 24 2020 03:24:01      Comenity Bank/womnwthn,
                 Po Box 182789,    Columbus, OH 43218-2789
14947266       +E-mail/Text: ccusa@ccuhome.com Apr 24 2020 03:23:56      Credit Coll/usa,
                 16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14962076       +E-mail/Text: mrdiscen@discover.com Apr 24 2020 03:23:58      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14947267       +E-mail/Text: eblymiller@fidelitycollections.com Apr 24 2020 03:23:56      Fidelity Properties In,
                 885 S Sawburg Ave Ste 10,    Alliance, OH 44601-5905
14947269       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 24 2020 03:24:08      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14975574       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 24 2020 03:24:08      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14947271       +E-mail/Text: Bankruptcies@nragroup.com Apr 24 2020 03:24:23      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
14947274        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 24 2020 03:25:17
                 Portfolio Recovery,    POB 12914,    Norfolk, VA 23541
14982031        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 24 2020 03:36:51
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14947275       +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2020 03:25:47      Syncb/levin Furniture,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
14947276       +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2020 03:26:24      Syncb/low,    Po Box 956005,
                 Orlando, FL 32896-0001
```

```
District/off: 0315-2              User: hthu                  Page 2 of 3                    Date Rcvd: Apr 23, 2020
                                  Form ID: pdf900             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14947277        +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2020 03:26:23      Syncb/nationwd/brand D,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
14947281        +E-mail/Text: bankruptcydepartment@tsico.com Apr 24 2020 03:24:19       Transworld Sys Inc/51,
                 Pob 15273,    Wilmington, DE 19850-5273
14947284        +E-mail/Text: bankruptcy@firstenergycorp.com Apr 24 2020 03:24:09       West Penn Power,
                 76 South Main Street,    Akron, OH 44308-1817
14947283        +E-mail/Text: bankruptcy@firstenergycorp.com Apr 24 2020 03:24:09       West Penn Power,
                 5001 NASA Blvd.,    Fairmont, WV 26554-8248
14962097        +E-mail/Text: bankruptcy@firstenergycorp.com Apr 24 2020 03:24:10       West Penn Power,
                 800 Cabin Hill Dr,    Greensburg, PA 15601-1689
                                                                                                TOTAL: 23

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Citizens Bank, N.A. s/b/m Citizens Bank of Pennsyl
cr*              Toyota Motor Credit Corporation
cr*             +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
14962065*       +Aaa Debt Rec,    Pob 129,   Monroeville, PA 15146-0129
14969552*       +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
14962067*        Bureau Of Account Mana,    Bureau Of Account,    Camp Hill, PA 17011
14962068*       +Capital One,    PO Box 30281,   Salt Lake City, UT 84130-0281
14962069*       +Citizens Bank,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
14962073*       +Comenity Bank/womnwthn,    Po Box 182789,    Columbus, OH 43218-2789
14962074*       +Credit Coll/usa,    16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14966437*        Discover Bank,    Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14962077*       +Fidelity Properties In,    885 S Sawburg Ave Ste 10,    Alliance, OH 44601-5905
14962080*       +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14962081*       +Mohela/dept Of Ed,    633 Spirit Drive,    Chesterfield, MO 63005-1243
14962082*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
14962083*       +Nwide Recvry,    3000 Kellway Dr,    Carrollton, TX 75006-3305
14962084*       +Ok Student Loan Author,    525 Central Park Drive,    Oklahoma City, OK 73105-1723
14962085*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery,     POB 12914,    Norfolk, VA 23541)
14962087*       +Syncb/levin Furniture,    C/o Po Box 965036,    Orlando, FL 32896-0001
14962088*       +Syncb/low,    Po Box 956005,   Orlando, FL 32896-0001
14962089*       +Syncb/nationwd/brand D,    C/o Po Box 965036,    Orlando, FL 32896-0001
14962091*       +THE RECEIVABLE MGMT SVS,     240 EMERY ST,    Bethlehem, PA 18015-1980
14962092*       +Toyota Motor Credit Co,    Po Box 9786,    Cedar Rapids, IA 52409-0004
14981093*       +Toyota Motor Credit Corporation,     PO Box 9013,    Addison, Texas 75001-9013
14962093*       +Transitions Healthcare North Huntingdon,     8850 Barnes Lake Road,    Irwin, PA 15642-3166
14962094*       +Transworld Sys Inc/51,    Pob 15273,    Wilmington, DE 19850-5273
14962095*       +Washington Co Drs,    100 W Beau St,    Washington, PA 15301-4432
14962098*       +West Penn Power,    76 South Main Street,    Akron, OH 44308-1817
14962099*       +Westmoreland County Tax Claim Bureau,     2 N Main St #406,    Greensburg, PA 15601-2417
                                                                                              TOTALS: 2, * 27, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2020 at the address(es) listed below:
```
          James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Lawrence W. Willis    on behalf of Joint Debtor Jennifer  Nartic ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Lawrence W. Willis    on behalf of Debtor Jeffrey  Nartic ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
```

```
District/off: 0315-2          User: hthu              Page 3 of 3            Date Rcvd: Apr 23, 2020
                              Form ID: pdf900         Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Mary F. Kennedy    on behalf of Creditor    Citizens Bank, N.A. s/b/m Citizens Bank of Pennsylvania mary@javardianlaw.com, angie.harrigan@javardianlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                    TOTAL: 6