**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JEFFREY NARTIC<br>JENNIFER NARTIC<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Respondents. | Case No.:18-24415 GLT<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/12/2018  and confirmed on 03/08/2019 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 23,176.06 |
| Less Refunds to Debtor | 416.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 22,760.06 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,066.27 | |
|     Trustee Fee | 933.16 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,999.43 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|     CITIZENS BANK NA(*)<br>        Acct: 9741 | 0.00 | 8,572.60 | 0.00 | 8,572.60 |
|     WESTMORELAND COUNTY TAX CLAIM BUI<br>        Acct: 1118 | 2,582.73 | 0.00 | 0.00 | 0.00 |
|     CITIZENS BANK NA(*)<br>        Acct: 9741 | 3,413.73 | 0.00 | 0.00 | 0.00 |
|     TOYOTA MOTOR CREDIT CORP (TMCC)<br>        Acct: 8637 | 16,505.92 | 4,214.60 | 1,018.20 | 5,232.80 |
|     TOYOTA MOTOR CREDIT CORP (TMCC)<br>        Acct: 1667 | 15,433.49 | 4,004.65 | 950.58 | 4,955.23 |
| | | | | 18,760.63 |
| Priority | | | | |
|     LAWRENCE W WILLIS ESQ<br>        Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|     JEFFREY NARTIC<br>        Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|     WILLIS & ASSOCIATES<br>        Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-24415 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | LAWRENCE W WILLIS ESQ<br>Acct: | 3,100.00 | 3,066.27 | 0.00 | 0.00 |
| | LAWRENCE W WILLIS ESQ<br>Acct: | 1,050.00 | 0.00 | 0.00 | 0.00 |
| | JEFFREY NARTIC<br>Acct: | 416.00 | 416.00 | 0.00 | 0.00 |
| | DAWN NARTIC<br>Acct: 5861 | 0.00 | 0.00 | 0.00 | 0.00 |
| | STATE OF OHIO<br>Acct: 6584 | 2,933.00 | 0.00 | 0.00 | 0.00 |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | AAS DEBT RECOVERY INC/AMERICAN AD.<br>Acct: 5778 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MOHELA O/B/O DEPT OF EDUCATION<br>Acct: 1636 | 0.00 | 0.00 | 0.00 | 0.00 |
| | OSLA O/B/O US DEPARTMENT OF EDUCA<br>Acct: 6925 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BERKHEIMER TAX ADMINISTRATOR**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | BUREAU OF ACCOUNT MANAGEMENT<br>Acct: 5019 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITIZENS BANK(*)<br>Acct: 5376 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MIDLAND FUNDING LLC<br>Acct: 0638 | 498.69 | 0.00 | 0.00 | 0.00 |
| | CREDIT COLLECTIONS USA<br>Acct: 5001 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITIZENS BANK(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | TRINITY HEALTH SYSTEMS<br>Acct: 8431 | 11,904.17 | 0.00 | 0.00 | 0.00 |
| | FIDELITY NATIONAL COLLECTION++<br>Acct: 1019 | 0.00 | 0.00 | 0.00 | 0.00 |
| | FIRST NATIONAL BANK OF PA**<br>Acct: 0103 | 995.43 | 0.00 | 0.00 | 0.00 |
| | MERCANTILE<br>Acct: 6756 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MIDLAND FUNDING<br>Acct: 6610 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NATIONAL RECOVERY AGENCY<br>Acct: 1972 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NATIONWIDE RECOVERY SERVICES<br>Acct: 0450 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 5589 | 1,133.08 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 0287 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 1611 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ATLAS ACQUISITIONS LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 7911 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ATLAS ACQUISITIONS LLC ASSIGNEE OF T<br>Acct: 3J22 | 934.21 | 0.00 | 0.00 | 0.00 |

| 18-24415 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   REC MANAGEMENT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8708 | | | | |
|   TRANSITIONS HEALTHCARE NORTH HUNTI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3513 | | | | |
|   WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WEST PENN POWER* | 768.76 | 0.00 | 0.00 | 0.00 |
|     Acct: 6327 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WASHINGTON COUNTY** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 2,960.79 | 0.00 | 0.00 | 0.00 |
|     Acct: 6556 | | | | |
|   DISCOVER BANK(*) | 17,182.34 | 0.00 | 0.00 | 0.00 |
|     Acct: 3400 | | | | |
|   UPMC HEALTH SERVICES | 131.02 | 0.00 | 0.00 | 0.00 |
|     Acct: 6925 | | | | |
|   MARY F KENNEDY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 18,760.63 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 2,933.00 |
|---|---|
| SECURED | 37,935.87 |
| UNSECURED | 36.508.49 |

Date: 06/12/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com